No. 73–1347.  Board of School Commissioners of Indianapolis et al. v. Jacobs et al.  C. A. 7th Cir. Certiorari granted.

No. 73–1148.  DeCoteau, Natural Mother and Next Friend of Feather et al. v. District County Court for the Tenth Judicial District.  Sup. Ct. S. D. Certiorari granted and case set for oral argument with No. 73–1500 [immediately *infra*].

No. 73–1500.  Erickson, Warden v. United States ex rel. Feather et al.  C. A. 8th Cir.  Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with No. 73–1148 [immediately *supra*].

No. 73–1543.  Johnson v. Railway Express Agency, Inc., et al.  C. A. 6th Cir.  Certiorari granted limited to Question 1 presented by the petition which reads as follows: "Whether the timely filing of a charge of employment discrimination with the Equal Employment Opportunity Commission pursuant to Section 706 of Title VII of the Civil Rights Act of 1964, 42 U. S. C. § 2000e–5, tolls the running of the period of limitation applicable to an action based on the same facts brought under the Civil Rights Act of 1866, 42 U. S. C. § 1981?" The Solicitor General is invited to file a brief as *amicus curiae* expressing the views of the United States.

No. 72–1245.  St. Louis-San Francisco Railway Co. v. United States.  Ct. Cl.  Certiorari denied.